Form odefo  (Revised 06/2017)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  22–20951                              Chapter:  13

In re:

Jackson G Stewart III
8114 W 87th St
Overland Park, KS 66212

SSN: xxx–xx–9736

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

| **Filed and Entered By The Court** |
|:---:|
| **5/16/23** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The following document was filed in this matter and is defective for the following reason(s):

*39* – Amended Schedules. Fee Amount $32 Filed by Debtor Jackson G Stewart III. (Graham, Ryan)

*40* – Amendment to List of Creditors. Fee Amount $32 Filed by Debtor Jackson G Stewart III. (Graham, Ryan)

**The fee of $32.00 each is due.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 42 – 39, 40

s/  Robert D. Berger
Judge, United States Bankruptcy Court